**VACATE and DISMISS and Opinion Filed June 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00676-CV

**FABULOUS GRINGOS, LLC., D/B/A GLOBAL DESIGN GROUP, Appellant**
**V.**
**FEDEX TECHCONNECT, INC., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-03664-D**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Whitehill

Before the Court is the parties' agreed motion to dismiss. The parties have settled and they ask this Court to vacate the trial court's default judgment and dismiss the case. Accordingly, we grant the parties' motion, vacate the trial court's default judgment, and dismiss the case. *See* TEX. R. APP. P. 42.1(a)(2)(A).

150676F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FABULOUS GRINGOS, LLC., D/B/A
GLOBAL DESIGN GROUP, Appellant

No. 05-15-00676-CV      V.

FEDEX TECHCONNECT, INC., Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas.
Trial Court Cause No. CC-14-03664-D.
Opinion delivered by Justice Whitehill.
Justices Francis and Lang-Miers,
participating.

In accordance with this Court's opinion of this date, the trial court's default judgment is **VACATED** and the case is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee FEDEX TECHCONNECT, INC. recover its costs of this appeal from appellant FABULOUS GRINGOS, LLC., D/B/A GLOBAL DESIGN GROUP.

Judgment entered June 17, 2015.